# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

-------------------------------------------------x
In Re:

    Kids By The Bunch, Ltd.

                  Case No.

                  Chapter  11

            Debtor(s)
-------------------------------------------------x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

       The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated:

_____
Debtor

_____
Joint Debtor

_____
Attorney for Debtor

```
41 Forest Realty, LLC
co Meyer Suozzi English  Klein PC
990 Stewart Avenue Suite 300
PO Box 9194
Garden City NY 11530-9194


All Island Lawn Maintenance
PO Box 265
Sea Cliff NY 11579



All Star Electronic Systems
602 Whiskey Road
Ridge NY 11961



Allied Aministrators for Delta Dental
PO Box 26908
San Francisco CA 94126



Assessment Technology
6700 E Speedway Blvd
Tuscon AZ 85710-1220



Cablevision
1111 Stewart Avenue
Bethpage NY 11714-3581



Fantastik Cleaning Company
51 Hearth Lane
Westbury NY 11590



First Rehabilitation Life
PO Box 220727
Great Neck NY 11021



FP Mailing Solutions
140 N Mitchell Ct
Suite 200
Addison IL 60101-5629
```

```
GE Capital
PO Box 3083
Cedar Rapids IA 52406-3083


Glen Cove Window Cleaning
PO Box 291
Glen Head NY 11545


Home Depot
Dept 322014862126
PO Box 1831
Columbus OH 43218-3175


Home Depot
PO Box 9101
Des Moines IA 50368-9101


JT Shulman
One Old Country Road
Suite 240
Carle Place NY 11514


LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh NY 11793


Long Island GLBT Services
34 Park Avenue
Bay Shore NY 11706


Morritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City NY 11530


NationalGrid
PO Box 11791
Newark NJ 07101-4791
```

New York Business Systems
150 Fulton Ave
Garden City Park NY 11040


Progressive Waste Solutions
1198 Prospect Avenue
Westbury NY 11590-2723


PSEG
15 Park Drive
Melville NY 11747


Resovia Systems
78 Elm Avenue
Glen Cove NY 11542


STAT Inspection Corp.
889 S 2nd Street
Ronkonkoma NY 11779


The Premins Company
1407 Avenue M
Brooklyn NY 11230


Upright Installations & Inspections
22 Sawgrass Drive
Suite 1A
Bellport NY 11713


UPS
PO Box 72470244
Philadelphia PA 19170-0001


Verizon Wireless
Bankruptcy Administration
500 Technology Drive
Suite 550
Weldon Spring NO 63304

Wells Fargo
800 Walnut Street
Des Moines IA 50309-3605